**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **AXCESS GLOBAL SCIENCES, LLC,**<br>***Plaintiff,***<br>**vs.**<br>**ETTA VITA LLC,**<br>***Defendant.*** | **Case No. 1:26-cv-3005**<br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Axcess Global Sciences, LLC ("AGS" or "Plaintiff") by and through its undersigned counsel, complains and alleges the following against Defendant Etta Vita LLC ("Etta Vita" or "Defendant"):

## NATURE OF ACTION

1. This is an action for patent infringement in violation of 35 U.S.C. §§ 1, *et seq*.

2. Plaintiff is the owner by assignment of U.S. Patent Nos. 11,020,362 (the "'362 Patent") and 11,241,403 (the "'403 Patent" and collectively, the "Asserted Patents"). *See* Exhs. A, B.

3. The Asserted Patents include claims for unique ketogenic compositions including a plurality of beta-hydroxybutyrate ("BHB") salts.

4. Defendant Etta Vita distributes various supplement products, including the exemplary GLP-1 Burn*+ product (the "Accused Product") depicted below, which practice the inventions of the Asserted Patents.




https://ettavita.com/products/glp1-burn-igniter-with-akkermansia-yerba-mate-and-berberine
*See* Exh. C, D

**THE PARTIES**

5. Plaintiff AGS is a Utah limited liability company with a principal place of business at 60 E S Temple, Suite 1000, Salt Lake City, UT 84111.

6. Defendant Etta Vita is a Texas limited liability company with a principal place of business at 6001 W. Parmer Lane, Austin, TX 78727.

**JURISDICTION AND VENUE**

7. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patents laws of the United States, 35 U.S.C. §§ 1, *et seq*.

8. This Court has personal jurisdiction over Defendant, and venue is proper in this District pursuant to 28 U.S.C. §§ 1391 and 1400(b) because Defendant is a Texas limited liability company with a principal place of business in this District and has committed a substantial portion of the infringing activity from within this District.

## BACKGROUND

9. Plaintiff AGS is an innovator in the field of exogenous ketones and ketogenic precursor supplement products. AGS has developed a line of products containing novel formulations of the BHB health supplement. These products aid the body in producing and sustaining elevated levels of ketone bodies in the blood and assist in the body's natural transition into nutritional ketosis.

10. AGS is the owner by assignment of the '362 Patent, entitled "Beta-Hydroxybutyrate Mixed Salt Compositions and Methods of Use," which was issued on June 1, 2021. The '362 Patent bears a filing date of December 19, 2019. A true and correct copy of the '362 Patent is attached hereto as Exhibit A.

11. Claim 1 of the '362 Patent reads as follows:

> 1. A composition for increasing blood ketone level in a subject, comprising:
>
> at least three beta-hydroxybutyrate salts selected from:
>
> sodium beta-hydroxybutyrate;
>
> potassium beta-hydroxybutyrate;
>
> calcium beta-hydroxybutyrate; and
>
> magnesium beta-hydroxybutyrate;
>
> wherein the composition is in solid and/or powder form,
>
> wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

12. AGS is the owner by assignment of the '403 Patent, entitled "Beta-Hydroxybutyrate Mixed Salt Compositions and Methods of Use," which was issued on February 8, 2022. The '403 Patent bears a filing date of March 11, 2021. A true and correct copy of the '403 Patent is attached hereto as Exhibit B.

13. Claim 1 of the '403 Patent reads as follows:

1. A composition for increasing ketone level in a subject, comprising:

a plurality of beta-hydroxybutyrate salts comprised of:

at least one beta-hydroxybutyrate salt selected from:

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate; and

at least one other beta-hydroxybutyrate salt selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate;

magnesium beta-hydroxybutyrate; and

amino acid salts of beta-hydroxybutyrate,

wherein the beta-hydroxybutyrate salts comprise at least 20% by total weight of calcium beta-hydroxybutyrate and/or magnesium beta-hydroxybutyrate,

wherein the composition is in solid and/or powder form,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

14. Upon information and belief, Defendant makes, uses, advertises, offers for sale, and sells, various products that infringe the Asserted Patents through its own website (ettavita.com), Amazon.com, and other third-party retailers, including the exemplary GLP-1 Burn*+ product shown below:







https://ettavita.com/products/glp1-burn-igniter-with-akkermansia-yerba-mate-and-berberine
*See* Exh. C, D, E

15. The Accused Products satisfy each and every requirement of at least Claim 1 of the '362 Patent and Claim 1 of the '403 Patent either literally or under the doctrine of equivalents.

16. On information and belief, each of the Accused Products contains approximately the same amounts of infringing ingredients and infringes the Asserted Patents in the same manner as described in this Complaint.

17. On information and belief, Defendant encourages and instructs customers to use the Accused Products in accordance with the provided directions, which results in the direct infringement alleged herein.

18. Defendant is on notice of its infringement and the Asserted Patents, having received a written notice of infringement from AGS on or about May 15, 2026. *See* Exh. F.

19. Since receiving notice, Defendant has had actual knowledge of the Asserted Patents and knowledge that the Accused Products infringe one or more claims of the Asserted Patents. Despite this, Defendant continues to willfully infringe the Asserted Patents.

20. AGS and its licensed BHB products are well-known in the health and wellness industry, and particularly among BHB-supplement retailers, and set the standard for quality and effectiveness in the industry. AGS's licensed products are found through online marketplaces and brick-and-mortar stores around the country, including Amazon, Walmart, Target, Walgreens, and more. AGS has sought to protect its rights in the Asserted Patents, including by engaging in enforcement actions against other retailers, including on Amazon.com, eBay.com, and others.

21. AGS and its affiliates and licensees directly compete with Defendant in the market for BHB supplements. AGS has suffered harm from Defendant's misconduct in the form of lost profits and diverted sales and market share. AGS's immediate, irreparable injuries have no adequate remedy at law, and AGS is entitled to injunctive relief and up to three times its actual damages and/or an award of Defendant's profits, as well as costs and reasonable attorney fees.

**FIRST CLAIM FOR RELIEF**
**Patent Infringement – '362 Patent**
**35 U.S.C. §§ 1, *et seq.***

22. AGS incorporates and realleges each and every allegation or Paragraphs 1-21 as though fully set forth herein.

23. The '362 Patent, entitled, "Beta-Hydroxybutyrate Mixed Salt Compositions and Methods of Use," was duly and lawfully issued by the United States Patent and Trademark Office on June 1, 2021. *See* Exhibit A.

24. AGS is the owner by assignment of the '362 Patent and possesses all rights of recovery under the '362 Patent, including the right to recover damages for past infringement.

25. On information and belief, Defendant has been and is now directly infringing at least Claim 1 of the '362 Patent in violation of 35 U.S.C. § 271(a) by making, using, selling, and/or offering for sale the Accused Products within the United States and/or by importing the Accused Products into the United States.

26. Defendant is on actual notice of its infringement of the ’362 Patent, having received notice of its infringement on or about May 15, 2026. *See* Exhibit F.

27. On information and belief, Defendant instructs its customers in the use of the Accused Products at least by providing the product packaging, supplemental facts, and usage instructions shown below.







https://ettavita.com/products/glp1-burn-igniter-with-akkermansia-yerba-mate-and-berberine
*See* Exhs. C, D, E

28. Claim 1 of the ’362 Patent is reproduced below:

1. A composition for increasing blood ketone level in a subject, comprising:

at least three beta-hydroxybutyrate salts selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate;

wherein the composition is in solid and/or powder form,

wherein the composition is free of medium chain fatty acids having 6 to 12

carbons and glycerides or other esters thereof.

29. The Accused Products practice the invention of the exemplary Claim 1 of the '362 Patent as set forth below:

1. **A composition for increasing blood ketone level in a subject, comprising**:

at least three beta-hydroxybutyrate salts selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate;

wherein the composition is in solid and/or powder form,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.




https://ettavita.com/products/glp1-burn-igniter-with-akkermansia-yerba-mate-and-berberine
*See* Exh. E

30. The Accused Products practice the invention of the exemplary Claim 1 of the ’362 Patent as set forth below:

1. A composition for increasing blood ketone level in a subject, comprising:

**at least three beta-hydroxybutyrate salts selected from**:

**sodium beta-hydroxybutyrate**;

**potassium beta-hydroxybutyrate**;

**calcium beta-hydroxybutyrate**; and

magnesium beta-hydroxybutyrate;

wherein the composition is in solid and/or powder form,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.




https://ettavita.com/products/glp1-burn-igniter-with-akkermansia-yerba-mate-and-berberine

*See* Exh. E; *see also* Exh. G (test results confirming the presence of calcium beta-hydroxybutyrate, potassium beta-hydroxybutyrate, and sodium beta-hydroxybutyrate).

31. The Accused Products practice the invention of the exemplary Claim 1 of the ’362 Patent as set forth below:

1. A composition for increasing blood ketone level in a subject, comprising:

at least three beta-hydroxybutyrate salts selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate;

**wherein the composition is in** solid and/or **powder form**,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.






https://ettavita.com/products/glp1-burn-igniter-with-akkermansia-yerba-mate-and-berberine
*See* Exh. C

32. The Accused Products practice the invention of the exemplary Claim 1 of the ’362 Patent as set forth below:

1. A composition for increasing blood ketone level in a subject, comprising:

at least three beta-hydroxybutyrate salts selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate;

wherein the composition is in solid and/or powder form,

**wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof**.




https://ettavita.com/products/glp1-burn-igniter-with-akkermansia-yerba-mate-and-berberine
*See* Exh. E; *see also* Exh. H (test results showing no MCT in the composition).

33. Defendant's infringing composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof. *See* Exhibit H.

34. Defendant has directly infringed Claim 1 of the '362 Patent in the United States by making, using, offering for sale, and/or importing the Accused Products in violation of 35 U.S.C. §

271(a). As such, Defendant is liable for direct infringement of the ’362 Patent.

35. On information and belief, Defendant has indirectly infringed the ’362 Patent in this District and elsewhere in the United States by actively inducing others—including its own customers—to directly infringe the asserted claims of the ’362 Patent in violation of 35 U.S.C. § 271(b). Defendant has actual knowledge of its acts of indirect infringement of the ’362 Patent. As such, Defendant is liable for indirect infringement of the ’362 Patent.

36. On information and belief, Defendant has indirectly infringed the ’362 Patent in this District and elsewhere in the United States by contributing to the infringement of others, i.e., to make, use, offer for sale, import, and/or sell the Accused Products in violation of 35 U.S.C. § 271(c). Defendant has actual knowledge of its acts of indirect infringement of the ’362 Patent, actual knowledge of the fact that the Accused Products are especially made for use in the practice of the invention of the ’362 Patent, and actual knowledge that the Accused Products practice the invention of the ’362 Patent and are used to practice its inventions. As such, Defendant is liable for indirect infringement of the ’362 Patent under 35 U.S.C. § 271(c).

37. Defendant’s infringement of the ’362 Patent is willful, and this case is exceptional.

38. AGS has suffered harm as a result of Defendant’s infringement of the ’362 Patent, including in the form of lost profits and diverted sales and market share. AGS is therefore entitled to recover damages sustained as a result of Defendant’s wrongful acts in an amount that is to be proven at trial.

## SECOND CLAIM FOR RELIEF
**Patent Infringement – ’403 Patent**
**35 U.S.C. §§ 1, *et seq.***

39. AGS incorporates and realleges each and every allegation or Paragraphs 1-21 as though fully set forth herein.

40. The ’403 Patent, entitled, “Beta-Hydroxybutyrate Mixed Salt Compositions and

Methods of Use," was duly and lawfully issued by the United States Patent and Trademark Office on February 8, 2022. *See* Exhibit B.

41. AGS is the owner by assignment of the '403 Patent and possesses all rights of recovery under the '403 Patent, including the right to recover damages for past infringement.

42. On information and belief, Defendant has been and is now directly infringing at least Claim 1 of the '403 Patent in violation of 35 U.S.C. § 271(a) by making, using, selling, and/or offering for sale the Accused Products within the United States and/or by importing the Accused Products into the United States.

43. Defendant is on actual notice of its infringement of the '403 Patent, having received notice of its infringement on or about May 15, 2026. *See* Exhibit F.

44. On information and belief, Defendant instructs its customers in the use of the Accused Products at least by providing the product packaging, supplemental facts, and usage instructions shown below.




https://ettavita.com/products/glp1-burn-igniter-with-akkermansia-yerba-mate-and-berberine
*See* Exhs. C, D

45. Claim 1 of the '403 Patent is reproduced below:

1. A composition for increasing ketone level in a subject, comprising:

a plurality of beta-hydroxybutyrate salts comprised of:

at least one beta-hydroxybutyrate salt selected from:

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate; and

at least one other beta-hydroxybutyrate salt selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate;

magnesium beta-hydroxybutyrate; and

amino acid salts of beta-hydroxybutyrate,

wherein the beta-hydroxybutyrate salts comprise at least 20% by total weight of calcium beta-hydroxybutyrate and/or magnesium beta-hydroxybutyrate,

wherein the composition is in solid and/or powder form,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.

46. The Accused Products practice the invention of the exemplary Claim 1 of the '403 Patent as set forth below:

1. **A composition for increasing ketone level in a subject, comprising**:

a plurality of beta-hydroxybutyrate salts comprised of:

at least one beta-hydroxybutyrate salt selected from:

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate; and

at least one other beta-hydroxybutyrate salt selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate;

magnesium beta-hydroxybutyrate; and

amino acid salts of beta-hydroxybutyrate,

wherein the beta-hydroxybutyrate salts comprise at least 20% by total weight of calcium beta-hydroxybutyrate and/or magnesium beta-hydroxybutyrate,

wherein the composition is in solid and/or powder form,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.




https://ettavita.com/products/glp1-burn-igniter-with-akkermansia-yerba-mate-and-berberine
*See* Exh. E

47. The Accused Products practice the invention of the exemplary Claim 1 of the '403 Patent as set forth below:

1. A composition for increasing ketone level in a subject, comprising:

**a plurality of beta-hydroxybutyrate salts comprised of**:

**at least one beta-hydroxybutyrate salt selected from**:

**calcium beta-hydroxybutyrate**; and

magnesium beta-hydroxybutyrate; and

at least one other beta-hydroxybutyrate salt selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate;

magnesium beta-hydroxybutyrate; and

amino acid salts of beta-hydroxybutyrate,

wherein the beta-hydroxybutyrate salts comprise at least 20% by total weight of calcium beta-hydroxybutyrate and/or magnesium beta-hydroxybutyrate,

wherein the composition is in solid and/or powder form,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.




https://ettavita.com/products/glp1-burn-igniter-with-akkermansia-yerba-mate-and-berberine
*See* Exh. E; *see also* Exh. G (test results confirming the presence of calcium beta-hydroxybutyrate, potassium beta-hydroxybutyrate, and sodium beta-hydroxybutyrate).

48. The Accused Products practice the invention of the exemplary Claim 1 of the '403 Patent as set forth below:

1. A composition for increasing ketone level in a subject, comprising:

a plurality of beta-hydroxybutyrate salts comprised of:

at least one beta-hydroxybutyrate salt selected from:

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate; and

**at least one other beta-hydroxybutyrate salt selected from**:

**sodium beta-hydroxybutyrate**;

**potassium beta-hydroxybutyrate**;

calcium beta-hydroxybutyrate;

magnesium beta-hydroxybutyrate; and

amino acid salts of beta-hydroxybutyrate,

wherein the beta-hydroxybutyrate salts comprise at least 20% by total weight of calcium beta-hydroxybutyrate and/or magnesium beta-hydroxybutyrate,

wherein the composition is in solid and/or powder form,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.




https://ettavita.com/products/glp1-burn-igniter-with-akkermansia-yerba-mate-and-berberine
*See* Exh. E; *see also* Exh. G (test results confirming the presence of calcium beta-hydroxybutyrate, potassium beta-hydroxybutyrate, and sodium beta-hydroxybutyrate).

49. The Accused Products practice the invention of the exemplary Claim 1 of the '403 Patent as set forth below:

1. A composition for increasing ketone level in a subject, comprising:

a plurality of beta-hydroxybutyrate salts comprised of:

at least one beta-hydroxybutyrate salt selected from:

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate; and

at least one other beta-hydroxybutyrate salt selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate;

magnesium beta-hydroxybutyrate; and

amino acid salts of beta-hydroxybutyrate,

**wherein the beta-hydroxybutyrate salts comprise at least 20% by total weight of calcium beta-hydroxybutyrate and/or magnesium beta-hydroxybutyrate**,

wherein the composition is in solid and/or powder form,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.




https://ettavita.com/products/glp1-burn-igniter-with-akkermansia-yerba-mate-and-berberine
*See* Exh. E;

**Sample Num:** 26CH04177 **Lot Number:** EGBCP00619
**Client Sample Num:** B0FX2ZFJCC Etta Vita GLP-1 Burn
**Comments:** Serving Size: 2 capsules (Avg fill wt: 0.6376g/cap)

| Analysis | Method Reference | Result | Unit | Analysis Date | Approval Date |
|---|---|---|---|---|---|
| 3-Hydroxybutyric Acid Potassium salt | Customer Supplied HPLC Method | 39.3 | mg/svg | 04/29/2026 | 04/29/2026 |
| Beta-Hydroxybutyrate (BHB) | BCAL-DV-AMP052 HPLC | 354 | mg/svg | 04/22/2026 | 04/25/2026 |
| Calcium | AOAC 2015.06 | 35.7 | mg/svg | 04/03/2026 | 04/16/2026 |
| Calcium 3-Hydroxybutyrate salt | BCAL-DV-AMP051 and BCAL-DV-AMP052 | 220 | mg/svg | 04/29/2026 | 04/29/2026 |
| Magnesium | AOAC 2015.06 | 1.42 | mg/svg | 04/03/2026 | 04/16/2026 |
| Magnesium 3-Hydroxybutyrate salt | BCAL-DV-AMP051 and BCAL-DV-AMP052 | None Detected | mg/svg | 04/29/2026 | 04/29/2026 |
| Potassium | AOAC 2015.06 | 10.8 | mg/svg | 04/03/2026 | 04/16/2026 |
| Sodium | AOAC 2015.06 | 36.0 | mg/svg | 04/03/2026 | 04/16/2026 |
| Sodium 3-Hydroxybutyrate salt | BCAL-DV-AMP051 and | 200 | mg/svg | 04/29/2026 | 04/29/2026 |

*see also* Exh. G (test results confirming beta-hydroxybutyrate salts comprise at least 20% by total weight of calcium beta-hydroxybutyrate and/or magnesium beta-hydroxybutyrate).

50. The Accused Products practice the invention of the exemplary Claim 1 of the '403 Patent as set forth below:

1. A composition for increasing ketone level in a subject, comprising:

a plurality of beta-hydroxybutyrate salts comprised of:

at least one beta-hydroxybutyrate salt selected from:

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate; and

at least one other beta-hydroxybutyrate salt selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate;

magnesium beta-hydroxybutyrate; and

amino acid salts of beta-hydroxybutyrate,

wherein the beta-hydroxybutyrate salts comprise at least 20% by total weight of calcium beta-hydroxybutyrate and/or magnesium beta-hydroxybutyrate,

**wherein the composition is in** solid and/or **powder form**,

wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof.







https://ettavita.com/products/glp1-burn-igniter-with-akkermansia-yerba-mate-and-berberine
*See* Exhs. C, D

51. The Accused Products practice the invention of the exemplary Claim 1 of the '403 Patent as set forth below:

1. A composition for increasing ketone level in a subject, comprising:

a plurality of beta-hydroxybutyrate salts comprised of:

at least one beta-hydroxybutyrate salt selected from:

calcium beta-hydroxybutyrate; and

magnesium beta-hydroxybutyrate; and

at least one other beta-hydroxybutyrate salt selected from:

sodium beta-hydroxybutyrate;

potassium beta-hydroxybutyrate;

calcium beta-hydroxybutyrate;

magnesium beta-hydroxybutyrate; and

amino acid salts of beta-hydroxybutyrate,

wherein the beta-hydroxybutyrate salts comprise at least 20% by total weight of calcium beta-hydroxybutyrate and/or magnesium beta-hydroxybutyrate,

wherein the composition is in solid and/or powder form,

**wherein the composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof**.




https://ettavita.com/products/glp1-burn-igniter-with-akkermansia-yerba-mate-and-berberine
*See* Exh. E; *see also* Exh. H (test results showing no MCT in the composition).

52. Defendant's infringing composition is free of medium chain fatty acids having 6 to 12 carbons and glycerides or other esters thereof. *See* Exhibit H.

53. Defendant has directly infringed Claim 1 of the ’403 Patent in the United States by making, using, offering for sale, and/or importing the Accused Products in violation of 35 U.S.C. § 271(a). As such, Defendant is liable for direct infringement of the ’403 Patent.

54. On information and belief, Defendant has indirectly infringed the ’403 Patent in this District and elsewhere in the United States by actively inducing others—including its own customers—to directly infringe the asserted claims of the ’403 Patent in violation of 35 U.S.C. § 271(b). Defendant has actual knowledge of its acts of indirect infringement of the ’403 Patent. As such, Defendant is liable for indirect infringement of the ’403 Patent.

55. On information and belief, Defendant has indirectly infringed the ’403 Patent in this District and elsewhere in the United States by contributing to the infringement of others, i.e., to make, use, offer for sale, import, and/or sell the Accused Products in violation of 35 U.S.C. § 271(c). Defendant has actual knowledge of its acts of indirect infringement of the ’403 Patent, actual knowledge of the fact that the Accused Products are especially made for use in the practice of the invention of the ’403 Patent, and actual knowledge that the Accused Products practice the invention of the ’403 Patent and are used to practice its inventions. As such, Defendant is liable for indirect infringement of the ’403 Patent under 35 U.S.C. § 271(c).

56. Defendant’s infringement of the ’403 Patent is willful, and this case is exceptional.

57. AGS has suffered harm as a result of Defendant’s infringement of the ’403 Patent, including in the form of lost profits and diverted sales and market share. AGS is therefore entitled to recover damages sustained as a result of Defendant’s wrongful acts in an amount that is to be proven at trial.

## PRAYER FOR RELIEF

Wherefore, AGS respectfully prays that the Court enter judgment in its favor and award the following relief against Defendant.

A. A judgment that Defendant Etta Vita LLC infringed, directly and/or indirectly, the ’362 Patent and the ’403 Patent under 35 U.S.C. § 271, either literally or under the doctrine of equivalents;

B. A preliminary and permanent injunction pursuant to 35 U.S.C. § 283 prohibiting Defendant Etta Vita LLC from future infringement of the ’362 Patent and the ’403 Patent;

C. An award of damages under 35 U.S.C. § 284 for Etta Vita LLC’s infringement of the ’362 Patent and the ’403 Patent;

D. An enhancement of damages, up to a trebling of damages, under 35 U.S.C. § 284 for Etta Vita LLC’s willful infringement of the ’362 Patent and the ’403 Patent;

E. A declaration that this is an “exceptional case” and an award of attorney fees pursuant to 35 U.S.C. § 285;

F. An award of costs pursuant to Fed. R. Civ. P. 54(d)(1) and/or 28 U.S.C. § 1920; and

G. Any such other and further relief as the Court may deem equitable and appropriate.

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), AGS hereby demands a trial by jury on all issues so triable.

Date: October 26, 2026

Respectfully submitted,

GERMER BEAMAN & BROWN PLLC
Barton Oaks Plaza V
901 S. Mopac Expy Suite 300
Austin, Texas 78746
512.482-3534 (Direct)
512.695-6904 (Mobile)
512.472-0721 (Fax)

By: /s/ Chris A. Blackerby
Chris A. Blackerby
Texas Bar No. 00787091
cblackerby@germer-austin.com
Kelly M. Nye
State Bar No. 24002702
knye@germer-austin.com

Brian N. Platt (*pro hac vice* to be filed)
Utah State Bar No. 17099
WORKMAN NYDEGGER
60 East South Temple Suite 1000
Salt Lake City, Utah 84111
(801) 533-9800 (main line)
(801) 328-1707 (facsimile)
bplatt@wnlaw.com

*Attorneys for Plaintiff Axcess Global Sciences, LLC*